**Opinion issued October 7, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00396-CV

_____

**MARGO WHITT, Appellant**

**V.**

**MICHAEL PATTON, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Case No. 14-CPR-026452**

---

**MEMORANDUM OPINION**

The parties, representing that they have reached a settlement that resolves all pending claims between the parties, have filed a joint motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.